# United States Court of Appeals
# for the Fifth Circuit

United States Court of Appeals
Fifth Circuit

**FILED**

October 9, 2025

Lyle W. Cayce
Clerk

No. 25-10496
Summary Calendar

───────────

United States of America,

*Plaintiff—Appellee,*

*versus*

Joshua Lee Foster,

*Defendant—Appellant.*

───────────

Appeal from the United States District Court
for the Northern District of Texas
USDC No. 4:24-CR-315-1

───────────

Before Richman, Southwick, and Willett, *Circuit Judges.*

Per Curiam:[*]

The Federal Public Defender appointed to represent Joshua Lee Foster has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California*, 386 U.S. 738 (1967), and *United States v. Flores*, 632 F.3d 229 (5th Cir. 2011). Foster has not filed a response. We have reviewed counsel's brief and the relevant portions of the record reflected therein. We

───────────

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

No. 25-10496

concur with counsel's assessment that the appeal presents no nonfrivolous issue for appellate review. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the appeal is DISMISSED. *See* 5TH CIR. R. 42.2.